**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Danny J. MARTIN, Defendant— Appellant.**

No. 04–30061.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 21, 2005.

Carl E. Rostad, Esq., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Anthony R. Gallagher, Esq., FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

MEMORANDUM **

Danny J. Martin appeals the sentence imposed following his guilty plea to sexual abuse of a minor, in violation of 18 U.S.C. §§ 1153(a), 2243(a). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

